```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 22602
  RICHARD POETT
  MARYELLEN POETT                            CHAPTER 13

                                             JUDGE: BRUCE W BLACK

         Debtor
  SSN XXX-XX-6227    SSN XXX-XX-8058

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/07/05 and confirmed on 10/12/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  16380.00 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00            .00            .00
BECKET & LEE LLP           UNSECURED         15257.65           .00        2118.95
BECKET & LEE LLP           UNSECURED          8782.72           .00        1219.73
ANNETTE M CLANTON          UNSECURED         NOT FILED          .00            .00
B FIRST LLC                UNSECURED          4905.40           .00         681.25
RESURGENT CAPITAL SERVIC   UNSECURED         26553.69           .00        3687.72
CAPITAL ONE BANK           UNSECURED         18084.38           .00        2511.52
ECAST SETTLEMENT CORPORA   UNSECURED         15531.23           .00        2156.95
B FIRST LLC                UNSECURED          3393.38           .00         471.27
B FIRST LLC                UNSECURED           138.17           .00          19.19
DISCOVER BANK              UNSECURED          3187.18           .00         442.63
DISCOVER BANK              UNSECURED          4752.26           .00         659.98
KOHLS                      UNSECURED            70.09           .00           9.73
         Summary of disbursements:
------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00    100656.15        .00    100656.15
PRINCIPAL PAID          .00          .00     13978.92        .00     13978.92
INTEREST PAID           .00          .00          .00        .00          .00
TOTAL PAID              .00          .00     13978.92        .00     13978.92
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $   1000.00  direct and $   1700.00  through the plan.

The Trustee received $     701.08 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 09/09/08                         /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```